**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALPHA PROPERTY AND CASUALTY INSURANCECOMPANY, and UNITRIN SPECIALTY LINES INSURANCE,<br><br>          **Plaintiff,**<br>vs.<br><br>ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON, and WILLIAM FURGUSON and LAURA FURGUSON d/b/a LOLLIE'S CAFE,<br>          **Defendants.** | No.: 3:09-cv-00171-WDS |

## DEFAULT JUDGMENT ORDER

THIS MATTER coming to be heard on Plaintiff's Motion for Default Judgment pursuant to Fed. R. Civ Proc 55(b)(2). The Court fully advised.

IT IS HEREBY ORDERED:

1) The Court finds that service of Summons and Complaint have been perfected and properly served on Defendants ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON, WILLIAM FURGUSON individually and d/b/a LOLLIE'S CAFE and LAURA FURGUSON individually and d/b/a LOLLIE'S CAFÉ.

2) The Court finds that Defendants ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON, WILLIAM FURGUSON individually and d/b/a LOLLIE'S CAFE and LAURA FURGUSON individually d/b/a LOLLIE'S CAFÉ have failed to appear either in person or by counsel, and have further failed to plead or defend Plaintiff's allegations in this matter.

3) The Court finds that Default Entry by Clerk of Court was entered on April 8, 2009 against Defendants ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON,

WILLIAM FURGUSON individually and d/b/a LOLLIE'S CAFE and LAURA FURGUSON individually and d/b/a LOLLIE'S CAFÉ..

4) Default Judgment is hereby entered against Defendants ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON, WILLIAM FURGUSON individually and d/b/a LOLLIE'S CAFE and LAURA FURGUSON individually and d/b/a LOLLIE'S CAFÉ.

5) The Court adjudicates and Orders that Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE have no obligation, duty or responsibility to defend Defendant, ROBERT FALKENHEIN, JR., or anyone else named as a defendant for the incident alleged in the lawsuit brought by BRAD ROBINSON and KIMBERLY ROBINSON under case number 08 L 9, pending in Randolph County, Illinois, and that Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE, have no obligation, duty or responsibility to provide a defense for case number 08 L 9, pending in Randolph County, Illinois to any Defendant.

6) The Court adjudicates and Orders that Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE has no obligation, duty or responsibility to provide liability coverage for the incident alleged in the lawsuit brought by BRAD ROBINSON and KIMBERLY ROBINSON under case number 08 L 9, pending in Randolph County, and that Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE, have no obligation, duty or responsibility to indemnify Defendant, ROBERT FALKENHEIN, JR., or any other Defendant for case number 08 L 9, pending in Randolph County, Illinois.

7) The Court adjudicates and Orders that Defendants ROBERT FALKENHEIN, JR., KIMBERLY ROBINSON, BRAD ROBINSON, WILLIAM FURGUSON individually and d/b/a

LOLLIE'S CAFE and LAURA FURGUSON individually d/b/a LOLLIE'S CAFÉ have no rights or interests under Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE'S Private Passenger Auto Insurance Policy, policy number FCAPPP185065-01 for the incident alleged in the lawsuit caption in case number 08 L 9, pending in Randolph County, Illinois; and that Plaintiff, ALPHA PROPERTY AND CASUALTY INSURANCE COMPANY, and UNITRIN SPECIALTY LINES INSURANCE, owe no obligations of defense and/or indemnity to any Defendants under said policy for the incident alleged in the lawsuit brought by BRAD ROBINSON and KIMBERLY ROBINSON under case number 08 L 9, pending in Randolph County, Illinois.

IT IS SO ORDERED.

DATED: April 29, 2009.

                                                s/ WILLIAM D. STIEHL
                                                   DISTRICT JUDGE